B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

In re: RUBEN MARTINEZ                                    Case No. 16-21142

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Citibank, N.A., as trustee for CMLTI Asset Trust | U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Fay Servicing, LLC
PO Box 814609
Dallas, TX 75381-4609
Phone: (312)291-3781
Last Four Digits of Acct #: 9664

Court Claim # (if known): 2-1
Amount of Claim: $167,985.72
Date Claim Filed: 09/23/2016

Phone: 800-401-6587
Last Four Digits of Acct. #: 5497

Name and Address where transferee payments should be sent (if different from above):
Fay Servicing, LLC
PO Box 814609
Dallas, TX 75381-4609
Phone: (312)291-3781
Last Four Digits of Acct #: 9664

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Ketan Sawarkar                                   Date: 11/19/2019
    AIS Portfolio Services, LP as agent
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

| Case Name: | RUBEN MARTINEZ | ) | Case No. | 16-21142 |
|---|---|---|---|---|
| | | ) | Judge: | JACQUELINE P. COX |
| | | ) | Chapter: | 13 |
| | Debtor(s). | ) | | |

## CERTIFICATE OF SERVICE

PLEASE BE ADVISED that on 11/19/2019 (the "Notice Date"), pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2)(the "Bankruptcy Rules"), Citibank, N.A., as trustee for CMLTI Asset Trust filed Transfer of Claim.

The filing of this Notice, via the Court's Electronic Filing system, constitutes service upon the Chapter 13 Trustee and counsel for the Debtor(s), pursuant to Bankruptcy Rule 3002.1 and any and all applicable Bankruptcy Rules.

I hereby certify that on 11/19/2019 a copy of the Notice was served upon the Debtor(s) on the Notice Date, at the address listed below, by First Class U.S. Mail, postage prepaid.

Debtor:
RUBEN MARTINEZ
10609 OXFORD AVE,
CHICAGO RIDGE, IL 60415

I hereby certify that on 11/19/2019 a copy of this Notice and all attachments on the following by Electronic Notification via CM/ECF and/or other Electronic Notification:

Trustee:
TOM VAUGHN
55 E MONROE STREET SUITE 3850,
CHICAGO, IL 60603

Debtor's counsel:
CUTLER & ASSOCIATES LTD
DAVID H CUTLER
4131 MAIN ST,
SKOKIE, IL 60076

All Parties in Interest
All Parties requesting Notice

By: /s/ Ketan Sawarkar
Ketan Sawarkar, AIS Portfolio Services, LP as agent
Transferee/Transferee's Agent